UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OUTOTEC (USA) INC.,

    Plaintiff,

v.                                                         Civil Action No. 3:19-cv-1427-J-34PDB

NOBLEMEIR, INC., *et al.*,

    Defendants.
_____/

## **MEDIATION REPORT**

In accordance with Local Rule 9.06, William E. Adams, Jr. files this Mediation Report and states as follows:

Mediation in the above-styled case was held on January 10, 2020, commencing at 9:30 a.m. at the Jacksonville offices of Holland & Knight. All required parties had authority to settle the case and were present.

The case settled at mediation.

Dated January 13, 2020.

                                                              Respectfully submitted,

                                                              /s/ William E. Adams, Jr.
                                                              William E. Adams, Jr.
                                                              Fla. Mediator #10886R
                                                              225 Water Street
                                                              Suite 1750
                                                              Jacksonville, Florida 32202
                                                              (904) 350-7160
                                                              badams@gunster.com

                                                              *Mediator*

## **Certificate of Service**

    The undersigned certifies that a true and correct copy of the foregoing was provided to counsel for all parties via electronic mail on January 13, 2020.

/s/ William E. Adams, Jr.